# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Omar Mendoza-Martinez,<br>A202 061 324<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-444 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 22, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 23, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about October 22, 2017, Omar Mendoza-Martinez, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about May 9, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about October 22, 2017, at or near Casa Grande, in the District of Arizona, Omar Mendoza-Martinez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about October 22, 2017, Border Patrol Agent O. Gonzalez encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Omar Mendoza-Martinez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Mendoza-Martinez was transported to the Casa Grande Border Patrol Station for further processing. Mendoza-Martinez was held in administrative custody until his identity could be confirmed along with his immigration history.

3. Immigration history checks revealed Omar Mendoza-Martinez to be a citizen of Mexico and a previously deported alien. Mendoza-Martinez was removed from the United States to Mexico through Calexico, California, on or about May 9, 2015, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Omar Mendoza-Martinez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Omar Mendoza-Martinez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Mendoza-Martinez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Omar Mendoza-Martinez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Mendoza-Martinez's immigration history was matched to him by electronic fingerprint comparison.

5. On or about October 23, 2017, Omar Mendoza-Martinez was advised of his constitutional rights. Mendoza-Martinez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Mendoza-Martinez stated that his true and complete name is Omar Mendoza-Martinez and that he is a citizen of Mexico and of no other country. Mendoza-Martinez stated that he illegally entered the United States at or near Sasabe, Arizona, on or about February 1, 2016, without inspection by an immigration officer. Mendoza-Martinez further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 22, 2017, Omar Mendoza-Martinez, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about May 9, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about October 22, 2017, at or near Casa Grande, in the District of Arizona, Omar Mendoza-Martinez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

Albert A. Martinez
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 23rd day of October, 2017.

Michelle H. Burns
United States Magistrate Judge